■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARSHAD KHAN, Appellant. [58 NYS3d 861]—Appeals by the defendant (1) from a judgment of the Supreme Court, Queens County (Schwartz, J.), rendered May 11, 2015, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence, and (2), by permission, from an order of the same court dated March 21, 2016, which denied, without a hearing, his motion pursuant to CPL 440.10 to vacate the judgment of conviction.

Ordered that the judgment and the order are affirmed.

The Supreme Court properly denied, without a hearing, the defendant's motion pursuant to CPL 440.10 to vacate the judgment of conviction. Contrary to the defendant's contention, the court could determine from the parties' submissions that the defendant was not deprived of the effective assistance of counsel (*see People v Chin*, 148 AD3d 926, 926-927 [2017]).

The defendant's contention raised in point II of his brief is unpreserved for appellate review (*see* CPL 470.05 [2]), and we decline to reach it in the exercise of our interest of justice jurisdiction.

The defendant's remaining contentions are without merit. Balkin, J.P., Roman, Sgroi and Duffy, JJ., concur.